UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,                         NO. CIV. 2:12-1944 WBS GGH

    Plaintiff,

  v.

FREDERICK A. SPENCER,

    Defendants.
_____/

----oo0oo----

In his status report, plaintiff Scott N. Johnson indicates that the defendant in the above-cited case has not been served. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff therefore must serve defendants or show good cause for his failure to serve defendants no later than November 26, 2012,

1

or the action will be dismissed.

The Status (Pretrial Scheduling) Conference set for November 13, 2012, in this matter is hereby continued to January 22, 2013, at 2:00 p.m.  Assuming plaintiff serves defendant, the parties shall submit a joint status report no later than January 7, 2013.

IT IS SO ORDERED.

DATED: November 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE